```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    JEFF P. MITCHELL (Cal. State Bar No. 236225)
 4  Assistant United States Attorney
    Domestic Security and Immigration Crimes
 5       1300 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-0698
 7       Facsimile: (213) 894-6436
         E-mail:    jeff.mitchell@usdoj.gov
 8
    Attorneys for Plaintiff
 9  United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR No. 08-594-GPS |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER FOR EXAMINATION OF DEFENDANT'S |
| v. | ) MENTAL STATUS TO DETERMINE MENTAL COMPETENCY |
| RODOLFO MARTINEZ, aka "Roberto Garcia Gonzalez," aka "Rodolfo Martinez Burques," | ) |
| Defendant. | ) |

Pursuant to 18 U.S.C. §§ 4241(a) and 4242(a), IT IS HEREBY ORDERED that:

(1) the Federal Bureau of Prisons (the "BOP") shall conduct a mental competency examination of defendant RODOLFO MARTINEZ ("defendant") pursuant to the procedures set forth in 18 U.S.C. § 4247(b) and (c), in order to determine whether defendant is competent to stand trial and/or to change his plea from "Not Guilty" to "Guilty," and whether defendant was competent at the time of the offense; (2) all medical records of defendant shall

be made available for the BOP to review in its examination of defendant's mental competency; and (3) the BOP shall submit to the Court and the parties a report addressing defendant's mental competency no later than Friday, October 17, 2008, at 5:00 p.m.

Should the parties desire a competency hearing, they shall notify the Court within five (5) days of receipt of the results of the competency examination.

IT IS SO ORDERED.

*GEORGE P. SCHIAVELLI*

DATED: _September 12, 2008

THE HONORABLE GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE

Presented by:

_____/s/_____
Jeff P. Mitchell
Assistant United States Attorney
Domestic Security and Immigration
  Crimes Section

2